# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD D. PERCEFULL, ADC #148005**                                                    **PLAINTIFF**

**v.**                       **CASE NO. 5:12CV00082 BSM/JTR**

**VERNON R. ROBERTSON et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an in forma pauperis appeal from this judgment would not be taken in good faith.

Dated this 11th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE