**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RICHARD D. PERCEFULL, ADC #148005**                                        **PLAINTIFF**

**v.**                  **CASE NO. 5:12CV00082 BSM/JTR**

**VERNON R. ROBERTSON et al.**                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. Furthermore, an *in forma pauperis* appeal from this judgment would not be taken in good faith.

Dated this 4th day of May 2012.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE